UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH RUSSELL, <br><br> Defendant. | Case No. MJ10-339 <br><br> **DETENTION ORDER** |

Offense charged:

    Distribution of Oxycontin

Date of Detention Hearing: August 13, 2010.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

The court did not receive any information about defendant's ties to the community, employment, health or drug/alcohol use. Defendant has a lengthy criminal history and has

DETENTION ORDER - 1

1  felony convictions for drug offense, weapons offenses and robbery.  Defendant through counsel
2  did not contest detention.
3      It is therefore ORDERED:
4      (1)    Defendant shall be detained pending trial and committed to the custody of the
5  Attorney General for confinement in a correctional facility separate, to the extent practicable,
6  from persons awaiting or serving sentences, or being held in custody pending appeal;
7      (2)    Defendant shall be afforded reasonable opportunity for private consultation with
8  counsel;
9      (3)    On order of a court of the United States or on request of an attorney for the
10 Government, the person in charge of the correctional facility in which Defendant is confined
11 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
12 connection with a court proceeding; and
13     (4)    The clerk shall direct copies of this order to counsel for the United States, to
14 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services
15 Officer.
16     DATED this 13th day of January, 2010.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

DETENTION ORDER - 2